AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Robert Matthew Shines<br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 8:25-mj-02215-GLS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 2021 through present** in the county of **Prince George's** in the _____ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §794(c) | Conspiracy to Gather or Deliver Defense Information to Aid a Foreign Government |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Meredith Salmon
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: October 15, 2025

_____
*Judge's signature*

City and state: Greenbelt, Maryland

Gina L. Simms, US Magistrate Judge
*Printed name and title*