```
                                                    ____ FILED      ____ ENTERED
                                                    ____ LOGGED     ____ RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OCT 2 0 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

ROBERT MATTHEW SHINES,

Defendant.

Case No. 8:25-MJ-02215-GLS

## MOTION TO UNSEAL THE COMPLAINT

1. The United States of America, by counsel, moves this Honorable Court to order and direct that the Complaint be unsealed as to the defendant in this matter. The complaint and arrest warrant in this matter were initially sealed pending the arrest and initial appearance in this matter and have remained sealed due to ongoing government interests concerning the confidentiality of the investigation. The Defendant has not been arrested and circumstances are such that the investigative interests no longer require that the complaint and arrest warrant be sealed. Accordingly, there is no longer a basis for sealing the Complaint as to this matter.

2. Accordingly, the Government hereby moves to unseal the complaint and arrest warrant in this matter.

Respectfully submitted,

Kelly O. Hayes,
United States Attorney

By: _____
    Digitally signed by
    PATRICIA MCLANE
    Date: 2025.10.20
    11:31:05 -04'00'
Ranganath Manthripragada
Patricia McLane
Assistant United States Attorneys

1