IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | NO. 8:25-mj-02215-GLS |
| ) | |
| ROBERT MATTHEW SHINES, ) | |
| ) | |
| Defendant. ) | |
| ------------------------------ ) | |

## ORDER

Upon review of the Motion of the United States of America, the Court hereby adopts the Government's proffer of the reasons for staying the ruling of the United States Magistrate Judge to release the Defendant, Robert Matthew SHINES, pending trial, and it is this ___ day of October, 2025,

ORDERED that the release of the Defendant be stayed until a de novo review of the detention hearing in this matter is held by a United States District Court Judge;

It is further ORDERED that the Defendant shall be detained until a hearing with a District Court Judge can be scheduled; and

It is further Ordered that an expedited appeal of the release ruling be set; and

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

_____
Hon. Lydia Kay Griggsby
United States District Court Judge